### 21485.  FORD *v.* THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED JUNE 9, 1931.

*Frank T. Grizzard,* for plaintiff in error.

*John A. Boykin, solicitor-general, John S. McClelland, solicitor, J. W. LeCraw,* contra.